IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**BILLY KIRBY**  **PLAINTIFF**
**ADC #661406**

v.                     No: 4:22-cv-01069-BRW-PSH

**DR. GARY KERSTEIN**  **DEFENDANT**

## ORDER

Plaintiff Billy Kirby has filed a "Motion for Court Order Compelling ADC to Handwrite Out Medical Jacket Info. needed for Court" (Doc. No. 18). Kirby states that he is illiterate and cannot read his medical records.[1] It is not clear why Kirby believes he needs his medical records at this time, but it sounds as though he wants to submit a copy to the Court. Accordingly, the Court grants his motion in part and directs counsel for the defendant to file a copy of Kirby's relevant medical records with the Court under seal by May 7, 2023.

Kirby also moves for appointment of counsel (Doc. No. 19). Kirby's motion is denied without prejudice. A civil litigant does not have a constitutional or statutory right to appointed counsel in a civil action, but the Court may appoint counsel at its discretion. 28 U.S.C. § 1915(e)(1). The Court has considered Kirby's

---

[1] The Court previously directed the Warden of the Pine Bluff Unit where Kirby is incarcerated to provide assistance to Kirby in reviewing his medical records. *See* Doc. No. 16.

need for an attorney, the likelihood that Kirby will benefit from assistance of counsel, the factual complexity of the case, Kirby's ability to investigate and present his case, and the complexity of the legal issues. In considering these factors, the Court finds that Kirby's claims do not appear legally or factually complex, and it appears he is capable of prosecuting his claims without appointed counsel at this time.

IT IS SO ORDERED this 13th day of April, 2023.

_____
UNITED STATES MAGISTRATE JUDGE