# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**BILLY KIRBY**  PLAINTIFF

**VS.**  **CASE NO. 4:22-cv-01069 PSH**

**GARY KERSTEIN**  DEFENDANT

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice.

DATED this 8th day of July, 2024.

_____
UNITED STATES MAGISTRATE JUDGE